COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| DAVID E. WOOD, | § | No. 08-20-00109-CR |
| | | |
| Appellant, | § | Appeal from the |
| | | |
| v. | § | 358th District Court |
| | | |
| THE STATE OF TEXAS, | § | of Ector County, Texas[1] |
| | | |
| Appellee. | § | (TC# D-17-1994-CR) |

## <u>MEMORANDUM OPINION</u>

David Wood has filed an appeal from an order revoking his community supervision and adjudicating him guilty of aggravated sexual assault of a child. We affirm.

## FRIVOLOUS APPEAL

Appellant's court-appointed counsel has filed a motion to withdraw. The motion is supported by a brief in which counsel professionally and conscientiously examines the record and applicable law and concludes that this appeal is frivolous and without merit. Counsel has provided Appellant with a copy of the brief, a copy of the motion to withdraw, a copy of the clerk's record and the reporter's record, and an explanatory letter. Counsel advised Appellant of his right to review the record and file a response to counsel's brief. Counsel also advised Appellant of his

---

[1] We hear this case on transfer from the Eleventh Court of Appeals. *See* TEX.R.APP.P. 41.3

1

right to file a petition for discretionary review in order to seek review by the Texas Court of Criminal Appeals. *See* TEX.R.APP.P. 68. Court-appointed counsel has complied with the requirements of *Anders v. California*, 386 U.S. 738 (1967); *Kelly v. State*, 436 S.W.3d 313 (Tex.Crim.App. 2014); *In re Schulman*, 252 S.W.3d 403 (Tex.Crim.App. 2008); and *Stafford v. State*, 813 S.W.2d 503 (Tex.Crim.App. 1991) (en banc).

After carefully reviewing the record and counsel's brief, we find no reversible error that might arguably support the appeal, and accordingly, we conclude that the appeal is wholly frivolous and without merit. As such, we affirm the judgment of the trial court and grant counsel's motion to withdraw.

JEFF ALLEY, Chief Justice

December 17, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)